UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
CESAR GIL, individually and on behalf of all others similarly situated,

                           Plaintiff,                  Civil Action No.
                                                        1:20-cv-03633-JMF

                     -against-

SANJAY PALLETS INC. and MOHAMED SALEM SHAHEED,

                           Defendants.
-----------------------------------------------------------------------------X

## **RULE 68 JUDGMENT FOR PLAINTIFF CESAR GIL**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Sanjay Pallets Inc. and Mohamed Salem Shaheed (collectively, "Defendants") offered to allow plaintiff Cesar Gil ("Plaintiff") to take judgment against Defendants in the amount of Ten Thousand Five Hundred Dollars ($10,500.00) exclusive of costs and reasonable attorneys' fees, which shall be decided by the Court.  Plaintiff Cesar Gil having accepted said offer of judgment, and Plaintiff Cesar Gil's attorneys having confirmed acceptance of Defendants' Offer of Judgment, it is hereby

      **ORDERED, ADJUDGED, AND DECREED that**:

      Plaintiff Cesar Gil hereby recover from Defendants Sanjay Pallets Inc. and Mohamed Salem Shaheed the amount of Ten Thousand Five Hundred Dollars ($10,500.00), plus post judgment interest pursuant to 28 U.S.C. §1961, exclusive of Plaintiff Cesar Gil's claim for reasonable attorneys' fees and costs, in accordance with Defendants' Offer of Judgment and Plaintiff Cesar Gil's acceptance thereof.

      Date: New York, New York

      _____ \_\_\_, 2020                     SO ORDERED:

                                                      _____
                                                            U.S. District Judge